IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARTIN SALAS-PADILLA, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:25-cv-00331 |
| | § | |
| MARKWAYNE MULLIN[1], Secretary of U.S. | § | |
| Department of Homeland Security; TODD | § | |
| LYONS, in his official capacity as Acting | § | |
| Director of U.S. Immigration and Customs | § | |
| Enforcement; BRET BRADFORD, | § | |
| ASSISTANT FIELD OFFICE DIRECTOR | § | |
| for the Houston Field Office, U.S. | § | |
| Immigration and Customs Enforcement; | § | |
| RODNEY S. SCOTT, in his official | § | |
| capacity as Commissioner of U.S. Customs | § | |
| and Border Protection; MICHAEL W. BANKS, | § | |
| in his official capacity as Chief of | § | |
| Border Patrol, | § | |
|     Defendants. | § | |

**STIPULATION OF DISMISSAL**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff filed this Complaint for Declaratory and Injunctive Relief and Petition for Writ

of Mandamus against Defendants, and Defendants filed an Answer.

Plaintiff and Defendants, by and through their respective counsel of record, pursuant to

Federal Rules of Civil Procedure 41(a)(1), stipulate to the dismissal of the above-captioned

matter with prejudice.  This stipulation and dismissal completely terminates the above-entitled

action against all parties.  Each party will bear its own attorneys' fees and costs.

---

[1] As of March 24, 2026, Markwayne Mullin is automatically substituted as the Secretary of the Department of Homeland Security in this case under Federal Rule of Civil Procedure 25(d).

Respectfully submitted,

/s/ Danielle M. Claffey
Danielle M. Claffey
GA Bar Number: 222292
Kuck Baxter LLC
365 Northridge Road, Suite 300
Atlanta, GA 30350
Phone: 404-816-8611
Fax: 404-816-8615
dclaffey@immigration.net
*(Pro Hac Vice Admission)*

Robert F. Loughran
TX Bar Number: 00784497
Foster LLP
912 S Capital of Texas Hwy, Suite 450
Austin, Texas 78746
Phone: 512-852-4142
Email: rloughran@fosterglobal.com
*(Attorney-in-charge)*

**JOHN G.E. MARCK**
Acting United States Attorney
Southern District of Texas

By:   /s/ *Lance Duke*
Lance Duke
Assistant United States Attorney
Southern District of Texas No. 21949
Texas State Bar No. 00798157
800 N. Shoreline Blvd., Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 888-3111
Facsimile: (361) 888-3200
Email: lance.duke@usdoj.gov
*Attorney For Defendant*

By:   /s/ *Christopher Bastian*
Christopher Bastian
Assistant United States Attorney
Southern District of Texas No: 3952774

Maryland Bar No: 2405231007
800 N. Shoreline Blvd., Suite 500
Corpus Christi, Texas 78401
Tel: (361) 888-3111
Fax: (361) 888-3200
Email:  christopher.bastian@usdoj.gov
*Attorney For Defendant*